# Exhibit A(1)

Int. Cl.: 42
Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**
New Cert.

Reg. No. 2,088,545
Registered Aug. 19, 1997
OG Date Mar. 5, 2002

## SERVICE MARK
## PRINCIPAL REGISTER
## REGISTRATION ASSIGNED

### MATCH.COM

MATCH.COM, INC. (DELAWARE CORPORATION)
707 SUMMER ST
STAMFORD, CT 06901, BY CHANGE OF NAME, BY ASSIGNMENT ELECTRIC CLASSIFIEDS, INC. (CALIFORNIA CORPORATION) SAN FRANCISCO, CA

FOR: COMPUTER SERVICES, NAMELY, PROVIDING INFORMATION REGARDING, AND IN THE NATURE OF, ON-LINE DATING AND INTRODUCTION SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 3-10-1995; IN COMMERCE 3-10-1995.
SER. NO. 74-670,969, FILED 5-8-1995.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 5, 2002.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-04-02 11:58:15 ET

Serial Number: 74670969 Assignment Information         Trademark Document Retrieval

Registration Number: 2088545

Mark (words only): MATCH.COM

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2006-10-26

Filing Date: 1995-05-08

Transformed into a National Application: No

Registration Date: 1997-08-19

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2006-10-26

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MATCH.COM, L.L.C.

Address:
MATCH.COM, L.L.C.
P.O. BOX 25458
DALLAS, TX 75225
United States
Legal Entity Type: Limited Liability Company
State or Country Where Organized: Delaware

---

### GOODS AND/OR SERVICES

International Class: 042
Class Status: Active
computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services
Basis: 1(a)
First Use Date: 1995-03-10
First Use in Commerce Date: 1995-03-10

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-06-10 - Counter claim opp. for Proceeding No.

2007-08-08 - Automatic Update Of Assignment Of Ownership

2006-10-26 - First renewal 10 year

2006-10-26 - Section 8 (10-year) accepted/ Section 9 granted

2006-10-26 - Assigned To Paralegal

2006-08-24 - Combined Section 8 (10-year)/Section 9 filed

2006-08-24 - TEAS Section 8 & 9 Received

2006-06-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-06-26 - TEAS Change Of Owner Address Received

2005-04-05 - Section 15 acknowledged

2004-10-01 - Section 15 affidavit received

2004-10-01 - PAPER RECEIVED

2004-08-15 - Section 15 abandoned

2003-12-17 - FAX RECEIVED

2003-06-04 - Counter claim canc.for Proceeding

2003-04-14 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-11-07 - Section 8 (6-year) and Section 15 Filed

2002-11-07 - PAPER RECEIVED

2002-01-22 - Section 7 new certificate issued

2001-11-07 - Request for new certificate filed

1997-08-19 - Registered - Principal Register

1997-05-27 - Published for opposition

1997-04-25 - Notice of publication

1997-03-13 - Approved for Pub - Principal Register (Initial exam)

1997-02-07 - Communication received from applicant

1996-08-05 - Non-final action mailed

1996-06-20 - Communication received from applicant

1996-03-29 - Non-final action mailed

1996-03-28 - Amendment to Use approved

1996-02-14 - Communication received from applicant

1996-03-26 - Amendment To Use Processing Complete

1996-02-14 - Use Amendment Filed

1995-11-27 - Non-final action mailed

1995-10-26 - Assigned To Examiner

1995-09-28 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert W. Sacoff

**Correspondent**
Robert W. Sacoff
Pattishall, McAuliffe, Newbury, Hilliard
311 S. Wacker Drive, Suite 5000
Chicago, Illinois 60606