# Exhibit A(2)

**Int. Cl.: 45**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

Reg. No. 3,518,254

Registered Oct. 14, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



MATCH.COM, L.L.C. (DELAWARE LIMITED
    LIABILITY COMPANY)
P.O. BOX 25458
DALLAS, TX 75225

    FOR: COMPUTER SERVICES, NAMELY, PRO-
VIDING INFORMATION IN THE NATURE OF ON-
LINE DATING AND ON-LINE INTRODUCTION
SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

    FIRST USE 8-8-2008; IN COMMERCE 8-8-2008.

    THE COLORS BLUE, PINK, GREEN AND BLACK
ARE CLAIMED AS FEATURES OF THE MARK.

    THE MALE FIGURE IS BLUE, THE FEMALE
FIGURE IS PINK, THE WORDS "MAKE" AND
"COM" ARE BLUE, THE DOT IS GREEN, AND
THE WORDING "MAKE LOVE HAPPEN" IS
BLACK.

    SN 78-747,429, FILED 11-4-2005.

COURTNEY MCCORMICK, EXAMINING ATTOR-
    NEY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2012-04-02 11:58:40 ET

**Serial Number:** 78747429 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3518254

**Mark**



**(words only):** MATCH.COM MAKE LOVE HAPPEN

**Standard Character claim:** No

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2008-10-14

**Filing Date:** 2005-11-04

**Transformed into a National Application:** No

**Registration Date:** 2008-10-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-09-10

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MATCH.COM, L.L.C.

**Address:**
MATCH.COM, L.L.C.
P.O. BOX 25458
DALLAS, TX 75225
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 045
**Class Status:** Active
Computer services, namely, providing information in the nature of on-line dating and on-line introduction services
**Basis:** 1(a)

**First Use Date:** 2008-08-08
**First Use in Commerce Date:** 2008-08-08

---

## ADDITIONAL INFORMATION

---

**Color(s) Claimed:** The colors blue, pink, green and black are claimed as features of the mark.

**Description of Mark and Any Color Part(s):** The male figure is blue, the female figure is pink, the words "Make" and "Com" are blue, the dot is green, and the wording "Make Love Happen" is black.

**Design Search Code(s):**
02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men
02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures
02.03.02 - Silhouettes of women; Women depicted as shadows or silhouettes of women
02.03.26 - Grotesque women formed by letters, numbers, punctuation or geometric shapes
02.07.03 - Groups, males and females
02.07.26 - Groups, grotesque (having human features or attributes)

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-10-14 - Registered - Principal Register

2008-09-10 - Law Office Registration Review Completed

2008-09-10 - Allowed for Registration - Principal Register (SOU accepted)

2008-09-05 - Assigned To Examiner

2008-08-26 - Statement Of Use Processing Complete

2008-08-14 - Use Amendment Filed

2008-08-26 - Case Assigned To Intent To Use Paralegal

2008-08-14 - TEAS Statement of Use Received

2008-04-01 - Extension 2 granted

2008-04-01 - Extension 2 filed

2008-04-01 - TEAS Extension Received

2007-10-02 - Extension 1 granted

2007-10-02 - Extension 1 filed

2007-10-02 - TEAS Extension Received

2007-10-02 - Attorney Revoked And/Or Appointed

2007-10-02 - TEAS Revoke/Appoint Attorney Received

2007-08-08 - Automatic Update Of Assignment Of Ownership

2007-04-03 - NOA Mailed - SOU Required From Applicant

2007-01-09 - Published for opposition

2006-12-20 - Notice of publication

2006-11-27 - Law Office Publication Review Completed

2006-11-20 - Assigned To LIE

2006-11-09 - Approved For Pub - Principal Register

2006-11-08 - Teas/Email Correspondence Entered

2006-11-02 - Communication received from applicant

2006-11-02 - TEAS Response to Office Action Received

2006-10-04 - Assigned To Examiner

2006-06-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-06-26 - TEAS Change Of Owner Address Received

2006-05-04 - NON-FINAL ACTION E-MAILED

2006-05-04 - Non-Final Action Written

2006-05-04 - Non-final action e-mailed

2006-05-04 - Non-Final Action Written

2006-05-02 - Assigned To Examiner

2005-11-12 - Notice Of Design Search Code Mailed

2005-11-09 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William M. Merone

**Correspondent**
William M. Merone
Kenyon & Kenyon LLP
1500 K Street, NW
Suite 700
Washington DC 20005-1257
Phone Number: 202.220.4200
Fax Number: 202.220.4201