# Exhibit A(3)

Int. Cl.: **45**

Prior U.S. Cls.: **100 and 101**

Reg. No. **3,518,165**

## United States Patent and Trademark Office
Registered Oct. 14, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

LOVE IS
COMPLICATED.
MATCH.COM IS
SIMPLE.

MATCH.COM, L.L.C. (DELAWARE LIMITED LIABILITY COMPANY)
P.O. BOX 25458
DALLAS, TX 75225

FOR: COMPUTER SERVICES, NAMELY, PROVIDING INFORMATION REGARDING, AND IN THE NATURE OF, ON-LINE DATING AND INTRODUCTION SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 8-8-2008; IN COMMERCE 8-8-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,088,545.

SN 78-584,906, FILED 3-10-2005.

DAYNA BROWNE, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-04-02 11:58:55 ET

Serial Number: 78584906 Assignment Information      Trademark Document Retrieval

Registration Number: 3518165

Mark



(words only): LOVE IS COMPLICATED. MATCH.COM IS SIMPLE.

Standard Character claim: Yes

Current Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Date of Status: 2008-10-14

Filing Date: 2005-03-10

Transformed into a National Application: No

Registration Date: 2008-10-14

Register: Principal

Law Office Assigned: LAW OFFICE 104

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2008-09-05

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MATCH.COM, L.L.C.

**Address:**
MATCH.COM, L.L.C.
P.O. BOX 25458
DALLAS, TX 75225
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

International Class: 045
Class Status: Active
Computer services, namely, providing information regarding, and in the nature of, on-line dating and introduction services
Basis: 1(a)

First Use Date: 2008-08-08
First Use in Commerce Date: 2008-08-08

## ADDITIONAL INFORMATION

Prior Registration Number(s):
2088545

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2008-10-14 - Registered - Principal Register

2008-09-05 - Law Office Registration Review Completed

2008-09-05 - Assigned To LIE

2008-08-27 - Allowed for Registration - Principal Register (SOU accepted)

2008-08-25 - Statement Of Use Processing Complete

2008-08-14 - Use Amendment Filed

2008-08-25 - Case Assigned To Intent To Use Paralegal

2008-08-14 - TEAS Statement of Use Received

2008-07-02 - Extension 5 granted

2008-07-02 - Extension 5 filed

2008-07-02 - TEAS Extension Received

2007-12-21 - Extension 4 granted

2007-12-21 - Extension 4 filed

2007-12-21 - TEAS Extension Received

2007-09-05 - Extension 3 granted

2007-06-25 - Extension 3 filed

2007-08-08 - Automatic Update Of Assignment Of Ownership

2007-06-25 - TEAS Extension Received

2007-06-25 - Attorney Revoked And/Or Appointed

2007-06-25 - TEAS Revoke/Appoint Attorney Received

2007-03-21 - Extension 2 granted

2007-01-04 - Extension 2 filed

2007-01-04 - TEAS Extension Received

2006-08-09 - Extension 1 granted

2006-07-10 - Extension 1 filed

2006-07-10 - TEAS Extension Received

2006-06-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2006-06-26 - TEAS Change Of Owner Address Received

2006-01-10 - NOA Mailed - SOU Required From Applicant

2005-10-18 - Published for opposition

2005-09-28 - Notice of publication

2005-08-09 - Law Office Publication Review Completed

2005-08-05 - Assigned To LIE

2005-08-03 - Approved For Pub - Principal Register

2005-08-03 - Amendment From Applicant Entered

2005-07-21 - Communication received from applicant

2005-07-21 - TEAS Response to Office Action Received

2005-07-20 - Non-final action e-mailed

2005-07-20 - Non-Final Action Written

2005-07-13 - Assigned To Examiner

2005-03-29 - Amendment From Applicant Entered

2005-03-14 - Communication received from applicant

2005-03-14 - PAPER RECEIVED

2005-03-16 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William M. Merone

**Correspondent**
William M. Merone
Kenyon & Kenyon, LLP
1500 K Street, NW, Suite 700
Washington DC 20005-1257
Phone Number: 202.220.4200
Fax Number: 202.220.4201