# Exhibit B

# Moniker

SUPPORT  WHOIS  CART  SIGN IN

Home | Find Domains | Domain Auctions | Domain Brokerage | Domain Products | News & Resources | My Account

## Whois: Domain Name Search

Enter a Domain Name: xxxmatch.com    [Search]
e.g. moniker.com

The domain **xxxmatch.com** is [not available] [ This name may be for sale - Make an unsolicited offer ]

Whois data for: **xxxmatch.com**

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: XXXMATCH.COM
Registrar: MONIKER ONLINE SERVICES, INC.
Whois Server: whois.moniker.com
Referral URL: http://www.moniker.com
Name Server: NS1.SEXSEARCH.COM
Name Server: NS2.SEXSEARCH.COM
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 06-aug-2010
Creation Date: 30-may-2002
Expiration Date: 30-may-2015

| | |
|---|---|
| pairmate.com | [Available on SnapNames] |
| xxxxxxxx.info | [Available on SnapNames] |
| matecatch.com | [Available on SnapNames] |
| mate2mate.com | [Available on SnapNames] |
| xxx4xxx.info | [Available on SnapNames] |
| meetmymate.com | [Available on SnapNames] |
| meetmymates.com | [Available on SnapNames] |
| xxxputasxxx.com | [Available on SnapNames] |
| meetyourmate.org | [Available on SnapNames] |
| meetyourmate.net | [Available on SnapNames] |

>>> Last update of whois database: Wed, 21 Mar 2012 14:12:26 UTC <<<

NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.

---

Extended data: whois.moniker.com

---

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database is provided for information purposes only, and is designed to assist persons in obtaining information related to domain name registration records. Moniker does not guarantee its accuracy. By submitting a WHOIS query, you agree that you will use this Data only for lawful purposes and that, under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail (spam), telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Moniker (or its systems). Moniker reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Moniker.

Domain Name: XXXMATCH.COM
Registrar: MONIKER

Registrant [3168457]:
Site Administrator admin@KamparriTradingLtd.com
Kamparri Trading Ltd.
42, Dositheou Street
Strovolos
Nicosia
2028
CY

Administrative Contact [3168457]:
Site Administrator admin@KamparriTradingLtd.com
Kamparri Trading Ltd.
42, Dositheou Street
Strovolos
Nicosia
2028
CY
Phone: +357.22671943

Billing Contact [3168457]:
Site Administrator admin@KamparriTradingLtd.com
Kamparri Trading Ltd.
42, Dositheou Street
Strovolos
Nicosia
2028
CY
Phone: +357.22671943

Technical Contact [3168457]:
Site Administrator admin@KamparriTradingLtd.com
Kamparri Trading Ltd.
42, Dositheou Street
Strovolos
Nicosia
2028
CY
Phone: +357.22671943

Domain servers in listed order:

NS1.SEXSEARCH.COM 204.101.51.11
NS2.SEXSEARCH.COM 209.47.169.92

Record created on: 2002-05-30 14:05:00.0
Database last updated on: 2011-10-18 17:28:14.27
Domain Expires on: 2015-05-30 14:05:00.0

Our Whois Domain Name Search lets the public lookup the owner (the "registrant") of a particular domain name as well as other information about the domain name. Some of the Whois information is maintained by Moniker (the "domain registrar") and some is maintained by the "domain registry". Access to Moniker's Whois information is for informational purposes only. Moniker makes Whois domain name information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of Moniker's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of Moniker Online Services, LLC. By accessing and using our Whois Domain Name Search, you agree to these terms.

To use Whois Domain Name Search for domain availability, simply type in the domain name you are looking for. This domain name must be a second-level domain, for example "yourdomain.com".

If for some reason, the domain name you're searching for is not available, and you wish to purchase the domain name from the owner, please place a bid on the domain by sending an email with the domain and bid amount to bid@domainsystems.com.

You can contact Moniker toll free at 1-800-688-6311 or go to http://support.oversee.net/ for more information on our domain name after market services.

| About Us | Legal | Contact |  Like us on Facebook |
| Partners | Privacy Policy | Support | |
| Affiliates | Site Map | | Follow us on Twitter |

 

All site contents (c) 2005-2012. Moniker Online Services, LLC. All rights reserved.