# Exhibit D

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-04-02 11:59:12 ET

Serial Number: 78742647 Assignment Information          Trademark Document Retrieval

Registration Number: 3299484

Mark

# MATCHWORDS

(words only): MATCHWORDS

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2007-09-25

**Filing Date:** 2005-10-28

**Transformed into a National Application:** No

**Registration Date:** 2007-09-25

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-08-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Match.com, L.P.

**Composed Of:**
Ticketmaster, a Delaware corporation.
**Address:**
Match.com, L.P.
P.O. Box 25458
DALLAS, TX 75225
United States
**Legal Entity Type:** Limited Partnership
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 045
**Class Status:** Active

Computer services, namely, providing information regarding, and in the nature of, on-line dating, search and introduction services
Basis: 1(a)
First Use Date: 2005-11-17
First Use in Commerce Date: 2005-11-17

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2007-09-25 - Registered - Principal Register

2007-08-21 - Law Office Registration Review Completed

2007-08-21 - Assigned To LIE

2007-08-08 - Assignment Of Ownership Not Updated Automatically

2007-07-09 - Allowed for Registration - Principal Register (SOU accepted)

2007-06-26 - Statement Of Use Processing Complete

2007-03-15 - Use Amendment Filed

2007-03-15 - TEAS Statement of Use Received

2007-03-15 - Attorney Revoked And/Or Appointed

2007-03-15 - TEAS Revoke/Appoint Attorney Received

2006-10-04 - Assigned To Examiner

2006-09-26 - NOA Mailed - SOU Required From Applicant

2006-07-04 - Published for opposition

2006-06-26 - TEAS Change Of Owner Address Received

2006-06-14 - Notice of publication

2006-05-16 - Law Office Publication Review Completed

2006-05-05 - Assigned To LIE

2006-05-03 - Approved For Pub - Principal Register

2006-05-02 - Assigned To Examiner

2005-11-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William M. Merone

**Correspondent**

William M. Merone
Kenyon & Kenyon LLP
Suite 700
1500 K Street, NW
Washington, DC 20005-1257
Phone Number: 202.220.4200
Fax Number: 202.220.4201

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,206,334
Registered Feb. 6, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# MATCHTALK

MATCH.COM, L.P. (DELAWARE LIMITED PARTNERSHIP)
SUITE 800
8300 DOUGLAS AVENUE
DALLAS, TX 75225

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-11-2006; IN COMMERCE 6-11-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-949,110, FILED 8-10-2006.

DAVID MURRAY, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-04-02 11:59:25 ET

Serial Number: 78949110 Assignment Information    Trademark Document Retrieval

Registration Number: 3206334

Mark

# MATCHTALK

(words only): MATCHTALK

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2007-02-06

**Filing Date:** 2006-08-10

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2007-02-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-02-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. MATCH.COM, L.L.C.

**Address:**
MATCH.COM, L.L.C.
P.O. BOX 25458
DALLAS, TX 75225
United States
**Legal Entity Type:** Limited Liability Company
**State or Country Where Organized:** Delaware

---

### GOODS AND/OR SERVICES

**International Class:** 038
**Class Status:** Active
Telecommunications services, namely, personal communication services
**Basis:** 1(a)
**First Use Date:** 2006-06-11
**First Use in Commerce Date:** 2006-06-11

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2007-08-08 - Automatic Update Of Assignment Of Ownership

2007-02-06 - Registered - Principal Register

2006-11-21 - Published for opposition

2006-11-01 - Notice of publication

2006-09-28 - Law Office Publication Review Completed

2006-09-18 - Assigned To LIE

2006-09-03 - Approved for Pub - Principal Register (Initial exam)

2006-09-03 - Assigned To Examiner

2006-08-17 - Notice Of Pseudo Mark Mailed

2006-08-16 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William M. Merone

**Correspondent**
WILLIAM M. MERONE
KENYON & KENYON LLP
1500 K ST NW STE 700
WASHINGTON, DC 20005-1257
Phone Number: 202.220.4200
Fax Number: 202.220.4201

Int. Cl.: **45**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,323,423**
Registered Oct. 30, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## MATCH.COM PLATINUM

MATCH.COM, L.P. (DELAWARE LIMITED PARTNERSHIP)
P. O. BOX 25458
DALLAS, TX 75225

FOR: COMPUTER DATING SERVICES; DATING SERVICES; INTERNET BASED SOCIAL NETWORKING, INTRODUCTION, AND DATING SERVICES; MATCHMAKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-6-2006; IN COMMERCE 12-6-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,088,545.

SER. NO. 77-108,658, FILED 2-15-2007.

ALLISON SCHRODY, EXAMINING ATTORNEY

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,323,423
Registered Oct. 30, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## MATCH.COM PLATINUM

MATCH.COM, L.P. (DELAWARE LIMITED PARTNERSHIP)
P. O. BOX 25458
DALLAS, TX 75225

FOR: COMPUTER DATING SERVICES; DATING SERVICES; INTERNET BASED SOCIAL NETWORKING, INTRODUCTION, AND DATING SERVICES; MATCHMAKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-6-2006; IN COMMERCE 12-6-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,088,545.

SER. NO. 77-108,658, FILED 2-15-2007.

ALLISON SCHRODY, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2012-04-02 11:59:38 ET

Serial Number: 77108658 Assignment Information        Trademark Document Retrieval

Registration Number: 3323423

Mark

# MATCH.COM PLATINUM

(words only): MATCH.COM PLATINUM

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2007-10-30

**Filing Date:** 2007-02-15

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2007-10-30

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-10-30

---

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

---

1. Match.com, L.P.

**Composed Of:**
Ticketmaster, a corporation of Delaware
**Address:**
Match.com, L.P.
P. O. Box 25458
Dallas, TX 75225
United States
**Legal Entity Type:** Limited Partnership
**State or Country Where Organized:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 045
**Class Status:** Active
Computer dating services; Dating services; Internet based social networking, introduction, and dating services; Matchmaking services
**Basis:** 1(a)
**First Use Date:** 2006-12-06
**First Use in Commerce Date:** 2006-12-06

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2088545

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2007-10-30 - Registered - Principal Register

2007-08-14 - Published for opposition

2007-08-08 - Assignment Of Ownership Not Updated Automatically

2007-07-25 - Notice of publication

2007-07-09 - Law Office Publication Review Completed

2007-07-09 - Assigned To LIE

2007-06-05 - Approved for Pub - Principal Register (Initial exam)

2007-06-05 - Examiner's Amendment Entered

2007-06-05 - EXAMINERS AMENDMENT E-MAILED

2007-06-05 - Examiners Amendment -Written

2007-03-26 - Non-final action e-mailed

2007-03-26 - Non-Final Action Written

2007-03-25 - Assigned To Examiner

2007-02-22 - Notice Of Pseudo Mark Mailed

2007-02-21 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
William M. Merone

**Correspondent**
WILLIAM M. MERONE
KENYON & KENYON LLP
1500 K ST NW STE 700
WASHINGTON, DC 20005-1257
Phone Number: 202.220.4200

Fax Number: 202.220.4201



