# Exhibit E

Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM    Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 2 of 9 PageID# 141



http://www.xxxmatch.com/     3/20/2012

Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM    Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 3 of 9 PageID# 142



Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM        Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 4 of 9 PageID# 143



Already a member? **Login Here**

HELP   FORGOT PASSWORD   PRIVACY   TERMS AND CONDITIONS OF USE   CUSTOMER SUPPORT   AFFILIATE

## Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly!

Why spend money on bars and escorts when XXXMatch has the best adult personals and adult dating online with millions of sexy singles! Fed up with traditional dating? Don't let tradition determine the kind of adult dating that you enjoy. Use our free XXX personals for free online sex hookups and discreet sex dating!

## XXX Match Is The Leader In Adult Dating

Join for free today and see why millions of single ladies and men are flocking to XXXMatch every day. Get guaranteed free sex and adult dating from the best and most trusted adult personals online. As a member you will instantly enjoy our database full of singles waiting to meet someone just like you. Use our premiere personals to meet an adult friend for no strings attached dating. Free personals dating that works.

## Expand Your Dating Selection With Our Adult Friend Finder Site

Why use other adult XXX dating sites, when you can use an online resource that guarantees your free sex success? Expand your social network and find dating friends with ease. Enjoy discreet sex dating encompassing all races, sexualities and backgrounds. Narrow down your search by searching based on interest, location, age and more! Whether you are a married couple looking for other swingers or a young or old single, this is the place for free adult dating and finding sex on line!

## Sow Your Wild Oats With The #1 Free Adult Personals!

Looking to make your life a bit more erotic? Using our adult friend finder is an excellent way to add some spark back into your sex life! Discover more than just regular dating with our database of hot singles looking for XXX Dating. Thousands of amateur and professional photos and sex videos are uploaded daily for your enjoyment, full of sexually liberated members and exhibitionists ready to play. We are the free facebook of sex and are your connection to free online milfs, free cougar sex, young sexy singles and hot XXX personals. Use our many extras like adult sex chat rooms to flirt, sex chat and see who you really like. Combine your online dating site with your porn website by using XXX Match! Thousands of new members are creating sexy personals and dating profiles loaded with free personal porn everyday for your enjoyment. Get the latest sex video made by hot locals streamed straight to your computer free of charge! Free XXX sex 24/7.

## Why Join XXX Match Online Dating Site?

You will have access to our millions of horny members who are looking for sex dates. Get access to our adult dating forums and expand your adult friend network! Add excitement to your boring day with exotic stories or upload your own! Let your fantasies merge with your real life and seize the moment! Life is short, so why not take advantage of our discreet XXX sex personals. Whether you are single, married or divorced there is somebody for you. Join for free today and in a few easy steps become a member of the best XXX dating site online!

## Your Search For Sex And Adult Friends Stops Here

Looking for sex dates in the real world can be extremely expensive and time consuming. Take control of the situation and find free sex partners online, who are looking for no strings attached sex hookups, with our free XXX adult personals, where the chances of finding a match are guaranteed. View and sex chat other members online and find your exact match to satisfy your wildest sexual desires and someone that meets your adult dating expectations. Dating can be exasperating, but it doesn't have to be. Our dating services can't be beat, find your free XXX Match today. We offer everything from straight and gay to vanilla and kinky. Other sites don't even come close. Save time and frustration and use the most expansive and trustworthy adult dating website on the net today. Join for free, and score with sexy locals in no time!

## Dating On The Go

Enjoy the convenience of online dating! Meet and mingle with people anytime and from anywhere. Get alerts and chat from your own mobile smart phone! Why limit your dating experience? Meet other busy professionals like yourself for quality sex hookups. Sign up for free today and quickly see the benefits of online adult personals. Online adult dating works, even for people with busy schedules!

## Join An Adult Community Unique To You

Enjoy being part of a unique community that embraces sexual people. XXXMatch is your portal to being accepted for who you are and how you choose to live. Meet people from all walks of life and enrich your social life immediately with our vast array of members to mingle with. From gay men to lesbians, to straight couples and straight singles you can be assured an eclectic mix of people to choose from. Meet someone new today and find sex, love and friendship instantly!

WARNING: This website contains explicit pictures, videos, stories, images, or sounds
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP    XXX-Adult-Friend

Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM    Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 5 of 9 PageID# 144



# Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly!

Why spend money on bars and escorts when XXXMatch has the best adult personals and adult dating online with millions of sexy singles! Fed up with traditional dating? Don't let tradition determine the kind of adult dating that you enjoy. Use our free XXX personals for free online sex hookups and discreet sex dating!

## XXX Match Is The Leader In Adult Dating

Join for free today and see why millions of single ladies and men are flocking to XXXMatch every day. Get guaranteed free sex and adult dating from the best and most trusted adult personals online. As a member you will instantly enjoy our database full of singles waiting to meet someone just like you. Use our premiere personals to meet an adult friend for no strings attached dating. Free personals dating that works.

## Expand Your Dating Selection With Our Adult Friend Finder Site

Why use other adult XXX dating sites, when you can use an online resource that guarantees your free sex success? Expand your social network and find dating friends with ease. Enjoy discreet sex dating encompassing all races, sexualities and backgrounds. Narrow down your search by searching based on interest, location, age and more! Whether you are a married couple looking for other swingers or a young or old single, this is the place for free adult dating and finding sex on line!

## Sow Your Wild Oats With The #1 Free Adult Personals!

Looking to make your life a bit more erotic? Using our adult friend finder is an excellent way to add some spark back into your sex life! Discover more than just regular dating with our database of hot singles looking for XXX Dating. Thousands of amateur and professional photos and sex videos are uploaded daily for your enjoyment, full of sexually liberated members and exhibitionists ready to play. We are the free facebook of sex and are your connection to free online milfs, free cougar sex, young sexy singles and hot XXX personals. Use our many extras like adult sex chat rooms to flirt, sex chat and see who you really like. Combine your online dating site with your porn website by using XXX Match! Thousands of new members are creating sexy personals and dating profiles loaded with free personal porn everyday for your enjoyment. Get the latest sex video made by hot locals streamed straight to your computer free of charge! Free XXX sex 24/7.

## Why Join XXX Match Online Dating Site?

You will have access to our millions of horny members who are looking for sex dates. Get access to our adult dating forums and expand your adult friend network! Add excitement to your boring day with exotic stories or upload your own! Let your fantasies merge with your real life and seize the moment! Life is short, so why not take advantage of our discreet XXX sex personals. Whether you are single, married or divorced there is somebody for you. Join for free today and in a few easy steps become a member of the best XXX dating site online!

## Your Search For Sex And Adult Friends Stops Here

Looking for sex dates in the real world can be extremely expensive and time consuming. Take control of the situation and find free sex partners online, who are looking for no strings attached sex hookups, with our free XXX adult personals, where the chances of finding a match are guaranteed. View and sex chat other members online and find your exact match to satisfy your wildest sexual desires and someone that meets your adult dating expectations. Dating can be exasperating, but it doesn't have to be. Our dating services can't be beat, find your free XXX Match today. We offer everything from straight and gay to vanilla and kinky. Other sites don't even come close. Save time and frustration and use the most expansive and trustworthy adult dating website on the net today. Join for free, and score with sexy locals in no time!

## Dating On The Go

Enjoy the convenience of online dating! Meet and mingle with people anytime and from anywhere. Get alerts and chat from your own mobile smart phone! Why limit your dating experience? Meet other busy professionals like yourself for quality sex hookups. Sign up for free today and quickly see the benefits of online adult personals. Online adult dating works, even for people with busy schedules!

## Join An Adult Community Unique To You

Enjoy being part of a unique community that embraces sexual people. XXXMatch is your portal to being accepted for who you are and how you choose to live. Meet people from all walks of life and enrich your social life immediately with our vast array of members to mingle with. From gay men to lesbians, to straight couples and straight singles you can be assured an eclectic mix of people to choose from. Meet someone new today and find sex, love and friendship instantly!

WARNING: This website contains explicit pictures, videos, stories, images, or sounds
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP    XXX-Adult-Friend

Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM    Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 6 of 9 PageID# 145



Already a member? **Login Here**

HELP    FORGOT PASSWORD    PRIVACY    TERMS AND CONDITIONS OF USE    CUSTOMER SUPPORT    AFFILIATE

### Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly!

Why spend money on bars and escorts when XXXMatch has the best adult personals and adult dating online with millions of sexy singles! Fed up with traditional dating? Don't let tradition determine the kind of adult dating that you enjoy. Use our free XXX personals for free online sex hookups and discreet sex dating!

### XXX Match Is The Leader In Adult Dating

Join for free today and see why millions of single ladies and men are flocking to XXXMatch every day. Get guaranteed free sex and adult dating from the best and most trusted adult personals online. As a member you will instantly enjoy our database full of singles waiting to meet someone just like you. Use our premiere personals to meet an adult friend for no strings attached dating. Free personals dating that works.

### Expand Your Dating Selection With Our Adult Friend Finder Site

Why use other adult XXX dating sites, when you can use an online resource that guarantees your free sex success? Expand your social network and find dating friends with ease. Enjoy discreet sex dating encompassing all races, sexualities and backgrounds. Narrow down your search by searching based on interest, location, age and more! Whether you are a married couple looking for other swingers or a young or old single, this is the place for free adult dating and finding sex on line!

### Sow Your Wild Oats With The #1 Free Adult Personals!

Looking to make your life a bit more erotic? Using our adult friend finder is an excellent way to add some spark back into your sex life! Discover more than just regular dating with our database of hot singles looking for XXX Dating. Thousands of amateur and professional photos and sex videos are uploaded daily for your enjoyment, full of sexually liberated members and exhibitionists ready to play. We are the free facebook of sex and are your connection to free online milfs, free cougar sex, young sexy singles and hot XXX personals. Use our many extras like adult sex chat rooms to flirt, sex chat and see who you really like. Combine your online dating site with your porn website by using XXX Match! Thousands of new members are creating sexy personals and dating profiles loaded with free personal porn everyday for your enjoyment. Get the latest sex video from hot locals streamed straight to your computer free of charge! Free XXX sex 24/7.

### Why Join XXX Match Online Dating Site?

You will have access to our millions of horny members who are looking for sex dates. Get access to our adult dating forums and expand your adult friend network! Add excitement to your boring day with exotic stories or upload your own! Let your fantasies merge with your real life and seize the moment! Life is short, so why not take advantage of our discreet XXX sex personals. Whether you are single, married or divorced there is somebody for you. Join for free today and in a few easy steps become a member of the best XXX dating site online!

### Your Search For Sex And Adult Friends Stops Here

Looking for sex dates in the real world can be extremely expensive and time consuming. Take control of the situation and find free sex partners online, who are looking for no strings attached sex hookups, with our free XXX adult personals, where the chances of finding a match are guaranteed. View and sex chat other members online and find your exact match to satisfy your wildest sexual desires and someone that meets your adult dating expectations. Dating can be exasperating, but it doesn't have to be. Our dating services can't be beat, find your free XXX Match today. We offer everything from straight and gay to vanilla and kinky. Other sites don't even come close. Save time and frustration and use the most expansive and trustworthy adult dating website on the net today. Join for free, and score with sexy locals in no time!

### Dating On The Go

Enjoy the convenience of online dating! Meet and mingle with people anytime and from anywhere. Get alerts and chat from your own mobile smart phone! Why limit your dating experience? Meet other busy professionals like yourself for quality sex hookups. Sign up for free today and quickly see the benefits of online adult personals. Online adult dating works, even for people with busy schedules!

### Join An Adult Community Unique To You

Enjoy being part of a unique community that embraces sexual people. XXXMatch is your portal to being accepted for who you are and how you choose to live. Meet people from all walks of life and enrich your social life immediately with our vast array of members to mingle with. From gay men to lesbians, to straight couples and straight singles you can be assured an eclectic mix of people to choose from. Meet someone new today and find sex, love and friendship instantly!

WARNING: This website contains explicit pictures, videos, stories, images, or sounds.
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP    XXX-Adult-Friend

Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM    Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 7 of 9 PageID# 146



Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly! - XXXMATCH.COM        Page 1 of 1

Case 1:12-cv-00363-AJT-IDD   Document 6-7   Filed 04/06/12   Page 8 of 9 PageID# 147



### Sex And XXX Dating For Adult Singles! Find Your Match For Free Sex Easily And Quickly!

Why spend money on bars and escorts when XXXMatch has the best adult personals and adult dating online with millions of sexy singles! Fed up with traditional dating? Don't let tradition determine the kind of adult dating that you enjoy. Use our free XXX personals for free online sex hookups and discreet sex dating!

### XXX Match Is The Leader In Adult Dating

Join for free today and see why millions of single ladies and men are flocking to XXXMatch every day. Get guaranteed free sex and adult dating from the best and most trusted adult personals online. As a member you will instantly enjoy our database full of singles waiting to meet someone just like you. Use our premiere personals to meet an adult friend for no strings attached dating. Free personals dating that works.

### Expand Your Dating Selection With Our Adult Friend Finder Site

Why use other adult XXX dating sites, when you can use an online resource that guarantees your free sex success? Expand your social network and find dating friends with ease. Enjoy discreet sex dating encompassing all races, sexualities and backgrounds. Narrow down your search by searching based on interest, location, age and more! Whether you are a married couple looking for other swingers or a young or old single, this is the place for free adult dating and finding sex on line!

### Sow Your Wild Oats With The #1 Free Adult Personals!

Looking to make your life a bit more erotic? Using our adult friend finder is an excellent way to add some spark back into your sex life! Discover more than just regular dating with our database of hot singles looking for XXX Dating. Thousands of amateur and professional photos and sex videos are uploaded daily for your enjoyment, full of sexually liberated members and exhibitionists ready to play. We are the free facebook of sex and are your connection to free online milfs, free cougar sex, young sexy singles and hot XXX personals. Use our many extras like adult sex chat rooms to flirt, sex chat and see who you really like. Combine your online dating site with your porn website by using XXX Match! Thousands of new members are creating sexy personals and dating profiles loaded with free personal porn everyday for your enjoyment. Get the latest sex video made by hot locals streamed straight to your computer free of charge! Free XXX sex 24/7.

### Why Join XXX Match Online Dating Site?

You will have access to our millions of horny members who are looking for sex dates. Get access to our adult dating forums and expand your adult friend network! Add excitement to your boring day with exotic stories or upload your own! Let your fantasies merge with your real life and seize the moment! Life is short, so why not take advantage of our discreet XXX sex personals. Whether you are single, married or divorced there is somebody for you. Join for free today and in a few easy steps become a member of the best XXX dating site online!

### Your Search For Sex And Adult Friends Stops Here

Looking for sex dates in the real world can be extremely expensive and time consuming. Take control of the situation and find free sex partners online, who are looking for no strings attached sex hookups, with our free XXX adult personals, where the chances of finding a match are guaranteed. View and sex chat other members online and find your exact match to satisfy your wildest sexual desires and someone that meets your adult dating expectations. Dating can be exasperating, but it doesn't have to be. Our dating services can't be beat, find your free XXX Match today. We offer everything from straight and gay to vanilla and kinky. Other sites don't even come close. Save time and frustration and use the most expansive and trustworthy adult dating website on the net today. Join for free, and score with sexy locals in no time!

### Dating On The Go

Enjoy the convenience of online dating! Meet and mingle with people anytime and from anywhere. Get alerts and chat from your own mobile smart phone! Why limit your dating experience? Meet other busy professionals like yourself for quality sex hookups. Sign up for free today and quickly see the benefits of online adult personals. Online adult dating works, even for people with busy schedules!

### Join An Adult Community Unique To You

Enjoy being part of a unique community that embraces sexual people. XXXMatch is your portal to being accepted for who you are and how you choose to live. Meet people from all walks of life and enrich your social life immediately with our vast array of members to mingle with. From gay men to lesbians, to straight couples and straight singles you can be assured an eclectic mix of people to choose from. Meet someone new today and find sex, love and friendship instantly!

WARNING: This website contains explicit pictures, videos, stories, images, or sounds
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP    XXX-Adult-Friend

