# Exhibit F



HELP      FORGOT PASSWORD      PRIVACY      TERMS AND CONDITIONS OF USE      CUSTOMER SUPPORT      AFFILIATE

**Erotic Matches For Sexy Singles!**
Take adult dating online and meet local singles with our adult personals.

**Looking For Free Adult Dating?**
Hookup with the fastest growing site online today for quality matches and casual encounters with sexy singles in your area. Why spend money on a matchmaker, when you can pick and choose singles online today? Meet real people that are genuinely interested and never face rejection again!

**Get Dates That Exceed Your Expectations.**
Why pick up in seedy bars and clubs when you can meet quality singles online? Meet attractive and professional single ladies and men for safe, free and fun hookups. Browse through millions of active users and see why people choose our databases over other popular sites every day. Whether you are looking for casual encounters or long term relationships, we have someone for everyone.

**Online Adult Personals For Busy Singles.**
Are you a single with a busy lifestyle? It can be difficult to find the time to make dating a priority. Save time and date online from anywhere. Get notifications sent directly to your mobile phone for quality on the go dating. Get to know people fast with our video chat messengers, email or our instant messenger system! Online dating is a sure fire way to get satisfaction right away, join for free today!

**Date People That Are Compatible!**
Are you tired of going on awkward and uncomfortable first dates? Why not fine tune your search with our top of the line search engine.

WARNING: This website contains explicit pictures, videos, stories, images, or sounds.
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement      FREE PORN MOVIES      SITE MAP



## Erotic Matches For Sexy Singles!
Take adult dating online and meet local singles with our adult personals.

**Looking For Free Adult Dating?**
Hookup with the fastest growing site online today for quality matches and casual encounters with sexy singles in your area. Why spend money on a matchmaker, when you can pick and choose singles online today? Meet real people that are genuinely interested and never face rejection again!

**Get Dates That Exceed Your Expectations.**
Why pick up in seedy bars and clubs when you can meet quality singles online? Meet attractive and professional single ladies and men for safe, free and fun hookups. Browse through millions of active users and see why people choose our databases over other popular sites every day. Whether you are looking for casual encounters or long term relationships, we have someone for everyone.

**Online Adult Personals For Busy Singles.**
Are you a single with a busy lifestyle? It can be difficult to find the time to make dating a priority. Save time and date online from anywhere. Get notifications sent directly to your mobile phone for quality on the go dating. Get to know people fast with our video chat messengers, email or our instant messenger system! Online dating is a sure fire way to get satisfaction right away. join for free today!

**Date People That Are Compatible!**
Are you tired of going on awkward and uncomfortable first dates? Why not fine tune your search with our top of the line search engine.

WARNING: This website contains explicit pictures, videos, stories, images, or sounds
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP



## Erotic Matches For Sexy Singles!
Take adult dating online and meet local singles with our adult personals.

### Looking For Free Adult Dating?
Hookup with the fastest growing site online today for quality matches and casual encounters with sexy singles in your area. Why spend money on a matchmaker, when you can pick and choose singles online today? Meet real people that are genuinely interested and never face rejection again!

### Get Dates That Exceed Your Expectations.
Why pick up in seedy bars and clubs when you can meet quality singles online? Meet attractive and professional single ladies and men for safe, free and fun hookups. Browse through millions of active users and see why people choose our databases over other popular sites every day. Whether you are looking for casual encounters or long term relationships, we have someone for everyone.

### Online Adult Personals For Busy Singles.
Are you a single with a busy lifestyle? It can be difficult to find the time to make dating a priority. Save time and date online from anywhere. Get notifications sent directly to your mobile phone for quality on the go dating. Get to know people fast with our video chat messengers, email or our instant messenger system! Online dating is a sure fire way to get satisfaction right away. join for free today!

### Date People That Are Compatible!
Are you tired of going on awkward and uncomfortable first dates? Why not fine tune your search with our top of the line search engine.

WARNING: This website contains explicit pictures, videos, stories, images, or sounds.
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement     FREE PORN MOVIES     SITE MAP



## Erotic Matches For Sexy Singles!
Take adult dating online and meet local singles with our adult personals.

## Looking For Free Adult Dating?
Hookup with the fastest growing site online today for quality matches and casual encounters with sexy singles in your area. Why spend money on a matchmaker, when you can pick and choose singles online today? Meet real people that are genuinely interested and never face rejection again!

## Get Dates That Exceed Your Expectations.
Why pick up in seedy bars and clubs when you can meet quality singles online? Meet attractive and professional single ladies and men for safe, free and fun hookups. Browse through millions of active users and see why people choose our databases over other popular sites every day. Whether you are looking for casual encounters or long term relationships, we have someone for everyone.

## Online Adult Personals For Busy Singles.
Are you a single with a busy lifestyle? It can be difficult to find the time to make dating a priority. Save time and date online from anywhere. Get notifications sent directly to your mobile phone for quality on the go dating. Get to know people fast with our video chat messengers, email or our instant messenger system! Online dating is a sure fire way to get satisfaction right away, join for free today!

## Date People That Are Compatible!
Are you tired of going on awkward and uncomfortable first dates? Why not fine tune your search with our top of the line search engine.

WARNING: This website contains explicit pictures, videos, stories, images, or sounds
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP



## Erotic Matches For Sexy Singles!
Take adult dating online and meet local singles with our adult personals.

## Looking For Free Adult Dating?
Hookup with the fastest growing site online today for quality matches and casual encounters with sexy singles in your area. Why spend money on a matchmaker, when you can pick and choose singles online today? Meet real people that are genuinely interested and never face rejection again!

## Get Dates That Exceed Your Expectations.
Why pick up in seedy bars and clubs when you can meet quality singles online? Meet attractive and professional single ladies and men for safe, free and fun hookups. Browse through millions of active users and see why people choose our databases over other popular sites every day. Whether you are looking for casual encounters or long term relationships, we have someone for everyone.

## Online Adult Personals For Busy Singles.
Are you a single with a busy lifestyle? It can be difficult to find the time to make dating a priority. Save time and date online from anywhere. Get notifications sent directly to your mobile phone for quality on the go dating. Get to know people fast with our video chat messengers, email or our instant messengers system! Online dating is a sure fire way to get satisfaction right away, join for free today!

## Date People That Are Compatible!
Are you tired of going on awkward and uncomfortable first dates? Why not fine tune your search with our top of the line search engine.

WARNING: This website contains explicit pictures, videos, stories, images, or sounds.
You must be 18 years of age or older to enter. If you are under 18, or if it is forbidden to view this content in your community, you must leave this site.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement    FREE PORN MOVIES    SITE MAP





MESSAGE BOARD   VIRTUAL SEX WORLD CHAT ROOMS LOG OUT

MY HOME    MY MAIL    RECENT ACTIVITY    ACCOUNT OPTIONS    SEARCH    XXX THEATER    CHAT    MEMBER FEATURES    SPECIAL OFFERS

# You Will Get Laid, Guaranteed!
## Or get 3 months free!





## This advanced search feature is only available to upgraded members.

### upgrade your account

**GOLD MEMBERSHIP**
All The **SILVER MEMBERSHIP** Benefits +
- Top Listings In All Searches
- Be Featured On All Search Results
- Access To Hardcore Porn
- Access To Member Webcams
- 100 Day Guarantee

**SILVER MEMBERSHIP**
- View And Contact All Members
- Reply To All Emails
- Instant Messaging Chat
- 100 Day Guarantee

**BEST DEAL**
◉ **$12 50** /Month    12 months - Save 60%
$12.50 per month billed in one payment of $149.99

○ **$1 95** /Month    3 Day Trial Membership

○ **$23 32** /Month    3 months
$23.32 per month billed in one payment of $69.95

○ **$19 98** /Month    3 months
$19.98 per month billed in one payment of $59.95

○ **$34 95** /Month    1 month
$34.95 per month

○ **$29 95** /Month    1 month
$29.95 per month

First Name: [            ]    Country: [ United States ▾ ]
Last Name: [            ]    State: [ District of Columbia ▾ ]
Address: [            ]    City: [ Washington ]
                          Zip: [            ]

◉ Charge to my Credit Card
○ Withdraw from my Checking Account

[ SUBMIT ]

Your subscription will renew automatically each month unless cancelled and will appear as a separate charge by either EPOCH, Ccbill.com, Jettis.com or Webbilling (dependent on which company your transaction is with) on your credit card or bank account statement. Please visit Epoch, Ccbill, Jettis or Webbilling our authorized MERCHANTS, for access.

FORGOT PASSWORD    PRIVACY    TERMS & CONDITIONS    CUSTOMER SUPPORT