# Exhibit G

# match.com   Member Sign In »

TAKE THE PERSONALITY TEST FROM CHEMISTRY.COM »



| About Match.com | Online Dating Safety Tips | Help/FAQs | ✓ Match.com Guarantee | Advertise on Match.com |
|---|---|---|---|---|
| Terms of Use** | Dating Articles & Advice | Profile Assistance | Mobile | Become an Affiliate |
| Your Privacy | How Online Dating Works | Contact Us | Gift Subscriptions | Promotions & Sponsorships |
| Media Room | Success Stories | Site Map | ProfilePro | Business Development |
| Careers | Relationship Tips | Match International | | |

** Our Terms of Use Agreement was revised 9/7/2011.

© Copyright 2012 Match.com, L.L.C. wec1-056sec1-005sec1-804

partner sites:   Chemistry | Yahoo Personals | 50+ Dating | Black Dating | SingleParents | Christian Dating | Personals

Match.com has led to more dates, relationships and marriages than any other site. Learn More »

Dating Advice   Online Dating by City   Dating Study   Dating Rules   matchMobile   International Dating   En Español   UK Dating

## Online Dating at Match.com
Every year, hundreds of thousands of people find love on Match.com. Match.com pioneered the Internet dating industry, launching in 1995 and today serves millions of singles in 24 countries. Match.com continues to redefine the way single men and single women meet, flirt, date and fall in love, proving time and again that you can make love happen through online dating and that lasting relationships are possible. Match.com singles are serious about finding love. And Match puts you in control of your love life; meeting that special someone and forming a lasting relationship is as easy as clicking on any one of the photos and singles ads available online. Whether you're interested in Christian Dating, Jewish Dating, Asian Dating, Black Dating, Senior Dating, Gay Dating, Lesbian Dating, Match.com can help you find the date or relationship that fits you best. Search free through all of our online personals. Literally, hundreds of thousands of single men and single women right in your area have posted personal ads on Match.com.

## The Match.com Singles Community
Who's on Match.com? Your neighbors, coworkers and more. Match.com members form a diverse, global community of singles who share common goals - to meet other singles, find dates, form romantic relationships and meet life partners. Young and old alike, gay and straight, from everywhere around the world, singles come to Match.com to flirt, meet, date, have fun, fall in love and to form meaningful, loving relationships.

> My search radius didn't extend far enough to have her profile come up. Luckily for me, her search radius was large enough and she was persistent. She sent me a wink and it took off from there.
>
> -Stacie & Robert

## Free Dating Searches
Like what you've seen on Match.com? Now, take the next step and become a member. First, create a Free profile and tell us a little about yourself and what you're looking for in a partner and relationship. In addition to creating a Free profile, members can post photos and send winks all for free. Winks are the perfect way to break the ice with someone who's caught your attention.

## Find Your Love
Begin by telling us the type of person you're looking for in your next relationship and start looking for love right from our homepage. It's free and it's easy. With millions of singles online,

Match.com is so sure you'll find someone special within six months, we're willing to guarantee it with our Match.com Guarantee.

## Online Dating Connections

Okay, so you've searched through available singles and you've seen someone you think you may connect with; you like their photo, you've read their Profile, filled out yours and you've uploaded a photo. Now, it's time to subscribe, because flirting is fun, but email is where the real love connections are made. By subscribing, you get unlimited access to singles on Match.com. You get to view all their photos, send unlimited emails and you can even see who's been viewing your profile to see who's already shown an interest in you. You'll have more choices, more ways to connect and more chances to find your love match. And you'll have your own dedicated Match email address so you can communicate safely and privately with anyone at anytime.

## Online Dating for the Cost of a Single Date

Think about how much you spend on a night out at a bar. Or how much you spend on a movie and a bag of popcorn. How quickly would you give up one of these for a lifetime of love with someone special? Is it worth it? Get started now and find out for yourself!

**match.com**   SUBSCRIBE   Home   Search ▼   Matches ▼   Connections ▼   Messages ▼   Profile ▼   Sign In ▼

mobile   + invite friends

## Sign up and become a member today for free!

Only members can view the millions of profiles and photos on our site, save their searches and favorite profiles. Plus, you can create a free profile and start sending winks and flirting with other members. So, take the first step to finding love on match.com and sign up today!

### Register Now and Look for FREE!

**Your Email Address:**
[          ]

**Your Birthday**
[ ▼ ] [ ▼ ] [ ▼ ]

**Your Country:**
[ United States ▼ ]

**Your Zip / Postal:**
[          ]

**I am a:**   ○ Man  ○ Woman
**Seeking:**   ○ Man  ○ Woman

**Choose a Username:**
[          ]

**Choose a Password:**
[          ]

☑ I'm ready. Please email me new matches you identify, and send me updates on special offers from Match.com only.

[ CONTINUE » ]

By Choosing "Continue", I certify I am at least 18 years old and have read and agree to the Match.com privacy policy and terms of use.

Already a member? Sign in »

---

| About Match.com | Online Dating Safety Tips | Help/FAQs | Match.com Guarantee | Advertise on Match.com |
|---|---|---|---|---|
| Terms of Use** | Dating Articles & Advice | Profile Assistance | Mobile | Become an Affiliate |
| Your Privacy | How Online Dating Works | Contact Us | Gift Subscriptions | Promotions & Sponsorships |
| Media Room | Success Stories | Site Map | ProfilePro | Business Development |
| Careers | Relationship Tips | Match International | | |

** Our Terms of Use Agreement was revised 9/7/2011.

© Copyright 2012 Match.com, L.L.C. wec1-042fac1-005sec1-804



