**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MATCH.COM, L.L.C.<br><br>*Plaintiff*,<br><br>v.<br><br>FIESTA CATERING INTERNATIONAL, INC. (BARBADOS); FIESTA CATERING INTERNATIONAL, INC. (ANGUILLA); CYTEX LIMITED; KAMPARRI TRADING LTD; DAVID N. RICKHAM (an individual); and JOHN DOES 1-4 (individuals not yet identified)<br><br>*Defendants*<br><br>and<br><br>XXXMATCH.COM and EROTICMATCH.COM<br><br>*Domain Names (in rem)*. | Civil Action No.: 1:12cv363 AJT (IDD) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT
<u>FIESTA CATERING INTERNATIONAL, INC. (BARBADOS)</u>**

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Match.com, LLC respectfully requests the Clerk of the Court to enter a default against the Defendant Fiesta Catering International, Inc. (Barbados) ("Fiesta Barbados") for its failure to file or serve an Answer or other pleading responsive to the First Amended Complaint within the time prescribed by law.

Fiesta Barbados was properly served in this case. Specifically, on May 14, 2012, Plaintiff sent a Request for Service Abroad of Judicial or Extra Judicial Documents pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or

1

Commercial Matters ("Hague Convention"). *See Declaration of Edith Meyers* ("Meyers Decl."), ¶2. On June 20, 2012, the Registrar office of the Supreme Court of Barbados returned proof of service on Fiesta Barbados. *Id*. at ¶3. The proof of service indicates that service was effectuated on June 15, 2012, by the Court Marshall on the individual designated by law in Barbados to accept service of process on Fiesta Barbados. *Id*.

Since that time, no Answer or other response to the First Amended Complaint has been filed pursuant to the applicable deadlines set forth in Fed. R. Civ. Pro. 12(a). As a result, the Clerk is asked to enter default against Fiesta Barbados pursuant to Fed. R. Civ. Pro. 55(a).

                                Respectfully Submitted,

Dated: October 19, 2012        /s/ Erik C. Kane_____
                                Edward T. Colbert
                                William M. Merone (VSB 38861)
                                Erik C. Kane (VSB 68294)
                                KENYON & KENYON LLP
                                1500 K Street, N.W.
                                Washington, DC 20005
                                Tel.: (202) 220 – 4200
                                Fax: (202) 220 – 4201

                                *Counsel for Plaintiff,*
                                *Match.com, L.L.C.*

## CERTIFICATE OF SERVICE

I, Erik C. Kane, hereby certify that on the October 19, 2012, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants by mail to the last known addresses of the defendants as follows:

Fiesta Catering International, Inc. (Anguilla)
Babrow Building
The Valley
Anguilla
British West Indies

Cytek Limited (Anguilla)
Babrow Building
The Valley, Anguilla
British West Indies

Fiesta Catering International, Inc. (Barbados)
Global Corporate Centre
2 Pleasant View
Cave Hill
St. Michael
Barbados

Kamparri Trading Ltd.
42 Dositheou Street
Strovolos, Nicosia
Cyprus, 2028 Cy

David N. Rickham
1123 Sunset Hills Road
West Hollywood, California 90069

/s/ Erik C. Kane_____
Erik C. Kane (VSB 68294)
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
Tel.: (202) 220 – 4200
Fax: (202) 220 – 4201
ekane@kenyon.com

*Counsel for Plaintiff,
Match.com, L.L.C.*

4