## DECLARATION OF KAMPARRI TRADING LIMITED

I HEREBY DECLARE under penalty of perjury that the following is true and correct:

1.     I am the director of Kamparri Trading Limited ("Kamparri"). I make this declaration based on my personal knowledge of the facts set forth below and based on my review of records that Kamparri maintains in the ordinary course of its business. I am over 21 years of age and fully authorized to make this declaration.

2.     Kamparri is a company registered in Cyprus. Kamparri's primary place of business is located at 42 Dositheou Street, Strovolos, Nicosia 2028, Cyprus.

3.     Kamparri is the registrant of the internet domain names xxxmatch.com and eroticmatch.com (the "Domain Names"). The Domain Names were registered through Moniker Online Services, LLC ("Moniker"), a domain name registrar which, until very recently, maintained its principal place of business in South Florida. Moniker's website currently indicates that it has an office at 1007 North Federal Highway, Suite 311, Fort Lauderdale, Florida 33304.

4.     Kamparri does not engage in, and has never engaged in, business in the state of Virginia. Kamparri has no plans to conduct business in or with persons in the state of Virginia at any time in the future.

5.     Kamparri has not executed any agreements in the state of Virginia.

6.     Kamparri does not own or lease any property in the state of Virginia.

7.     Kamparri has no employees, officers, directors, agents or other representatives in the state of Virginia. Kamparri has no offices or other facilities in the state of Virginia.

8.     Kamparri does not have any bank accounts or other personal property in the state of Virginia.

1

9.     Kamparri has never marketed any goods or services in the state of Virginia, and does not advertise any goods or services, directly or indirectly, in the state of Virginia.

10.    Kamparri has not committed any torts in the state of Virginia that have resulted in harm or injury to persons or entities in the state of Virginia.

11.    Kamparri does not use the Domain Names itself. Instead, Kamparri licenses the Domain Names to Cytek, Ltd. ("Cytek"), a company based in Anguilla, pursuant to which Cytek uses the Domain Names for its own commercial purposes.

12.    Kamparri's only contacts with the United States include: (a) registration of the Domain Names through Moniker in South Florida; (b) authorizing its legal counsel located in the state of Florida to commence an action against Match.com, L.L.C. in the U.S. District Court in the Southern District of Florida.

I HEREBY DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  December 10, 2012.


_____
Danny Stylianou
Director of KAMPARRI TRADING LIMITED