## DECLARATION OF GAIL WILLIAMS

I HEREBY DECLARE under penalty of perjury that the following is true and correct:

1. I am a citizen of Barbados, and a director of Fiesta Catering International, Inc. ("Fiesta"). I make this declaration based on my personal knowledge of the facts set forth below and based on my review of records that Fiesta maintains in the ordinary course of its business. I am over 21 years of age and fully authorized to make this declaration.

2. Fiesta is a company registered in Barbados. Fiesta's primary place of business is located at Global Corporate Centre, 2 Pleasant View, Cave Hill, St. Michael, Barbados.

3. Fiesta commenced the process of winding down and terminating its business in or about the fourth quarter of 2011.

4. Fiesta has not engaged in commerce since at least December 31, 2011, and its continued legal existence is solely for the purpose of preparing final tax returns and preparing and filing terminating paperwork with the appropriate authorities.

5. On or about December 31, 2011, the majority of Fiesta's assets were conveyed, assigned and transferred to Fiesta Catering International, Inc. ("Fiesta Anguilla"), a company registered in Anguilla. Included among the assets conveyed to Fiesta Anguilla is the trademark XXXMATCH.COM and related trademark applications (the "Trademark").

6. Prior to assigning the Trademark to Fiesta Anguilla, Fiesta had licensed the Trademark to Cytek, Ltd. ("Cytek"), a company based in Anguilla. While Fiesta was generally aware of the manner of Cytek's use of the Trademark in the United States, Fiesta had no knowledge of where Cytek's subscribers reside, and no knowledge that any of those subscribers may reside in the state of Virginia.

1

7. Fiesta does not engage in, and has never engaged in, business in the state of Virginia. As Fiesta is in the process of winding down, Fiesta has no plans to conduct business in or with persons in the state of Virginia at any time in the future.

8. Fiesta has not executed any agreements in the state of Virginia.

9. Fiesta does not own or lease any property in the state of Virginia.

10. Fiesta has no employees, officers, directors, agents or other representatives in the state of Virginia. Fiesta has no offices or other facilities in the state of Virginia.

11. Fiesta does not have any bank accounts or other personal property in the state of Virginia.

12. Fiesta has never marketed any goods or services in the state of Virginia, and does not advertise any goods or services, directly or indirectly, in the state of Virginia.

13. Fiesta has not committed any torts in the state of Virginia that have resulted in harm or injury to persons or entities in the state of Virginia.

I HEREBY DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 18th, 2012.

_____
GAIL WILLIAMS