## DECLARATION OF GREGORY EDWARD ELIAS

I HEREBY DECLARE under penalty of perjury that the following is true and correct:

1. I am the Managing Director-Chairman of United International Trust N.V., the legal representative of Cytek, Ltd. ("Cytek"). I make this declaration based on my personal knowledge of the facts set forth below and based on my review of records that Fiesta maintains in the ordinary course of its business. I am over 21 years of age and fully authorized to make this declaration.

2. Cytek is a company registered in Anguilla, British West Indies. Cytek's primary place of business is located at the Babrow Building, The Valley, Anguilla.

3. Cytek is the licensee of the trademarks XXXMATCH.COM and EROTICMATCH (the "Trademarks"). Cytek is also the licensee of the internet domain names xxxmatch.com and eroticmatch.com (the "Domain Names").

4. Cytek does not engage in, and has never engaged in, business in the state of Virginia.

5. Cytek has not executed any agreements in the state of Virginia.

6. Cytek does not own or lease any property in the state of Virginia.

7. Cytek has no employees, officers or directors in the state of Virginia. Cytek has no offices or other facilities in the state of Virginia.

8. Cytek does not have any bank accounts or other personal property in the state of Virginia.

9. Cytek has not committed any torts in the state of Virginia that have resulted in harm or injury to persons or entities in the state of Virginia.

1

10. Cytek has never marketed any goods or services in the state of Virginia, and does not advertise any goods or services, directly or indirectly, in the state of Virginia. Cytek does not directly perform any advertising; instead, it has contracted with a company based in Toronto, Canada to perform all marketing and advertising services relating to Cytek's websites located at the domain names XXXMATCH.COM and EROTICMATCH.COM. Although these marketing and advertising services generally reach consumers within the United States, none of the marketing or advertising efforts target any particular state within the United States. Cytek has never specifically directed the advertising and marketing company to target the state of Virginia or its residents in any advertising or marketing material, and Cytek is not aware of any advertising or marketing material targeting residents of Virginia.

11. Similarly, Cytek contracts with another company based in Toronto, Canada, to develop, maintain and provide the websites and operations associated with the Domain Names. The company operating the websites does not report to Cytek the location of viewers or subscribers and does not report the number of subscribers that may reside in any given state, or the identities of the individuals who may sign up to use the services provided in connection with the Domain Names.

12. The Canadian company operating the websites does report to Cytek the number of people who have offered to refer potential subscribers to the websites associated with the Domain Names. There are four (4) people in Virginia who have signed up to receive commissions for referring potential subscribers to the websites associated with the Domain Names. Cytek did not solicit those four people in Virginia or otherwise target their participation in referring potential subscribers. Any potential subscribers those four people may refer would not necessarily reside in or otherwise be tied to the state of Virginia.

2

13. Cytek has inquired of the Canadian company operating the websites associated with the Domain Names as to the number of paid subscribers who reside in Virginia. Based upon information received, it appears that there are 8,595 paid subscribers of XXXMATCH.COM and 162 paid subscribers of EROTICSEARCH.COM who reside in Virginia. Each of those subscribers agreed to a set of terms to be governed by Anguilla law, and which further provide that any disputes relating to the online service offered through the Domain Names would be resolved exclusively through binding arbitration in Anguilla. Other than these customers signing up for the online service offered through the Domain Names—in other words, other than these purely electronic contacts through Cytek's contractors—Cytek has no contact with the state of Virginia.

14. The subscription services associated with the Domain Names do not involve the shipment of any products into the state of Virgina. None of the services associated with the websites are performed in Virginia.

15. Cytek has authorized its legal counsel in Miami, Florida to commence an action against Match.com, L.L.C. in the U.S. District Court in the Southern District of Florida.

I HEREBY DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2012.