### DECLARATION OF FIESTA CATERING INTERNATIONAL LTD.

WE HEREBY DECLARE under penalty of perjury that the following is true and correct:

1. We are one of the Managing Directors of Fiesta Catering International, Inc. ("Fiesta"). We make this declaration based on our personal knowledge of the acts set forth below and based on our review of records that Fiesta maintains in the ordinary course of its business. I am over 21 years of age and fully authorized to make this declaration.
2. Fiesta is a company registered in Anguilla, British West Indies. Fiesta's primary
3. place of business is located at the Babrow Building, The Valley, Anguilla.
4. Fiesta is the owner of the trademarks XXXMATCH.COM and EROTICMATCH
5. and the related trademark applications and registrations (the "Trademarks").
6. Fiesta licenses the Trademarks to Cytek, Ltd. ("Cytek"), another company based
7. in Anguilla. While Fiesta is generally aware of Cytek's use of the Trademark in
8. the United States generally, Fiesta has no knowledge of where Cytek's
9. subscribers reside, and no knowledge that any of those subscribers may reside in
10. the state of Virginia.
11. Fiesta does not engage in, and has never engaged in, business in the state of
12. Virginia. Fiesta has no plans to conduct business in or with persons in the state of
13. Virginia at any time in the future.
14. Fiesta has not executed any agreements in the state of Virginia.
15. Fiesta does not own or lease any property in the state of Virginia.
16. Fiesta has no employees, officers, directors, agents or other representatives in the

1

17. state of Virginia. Fiesta has no offices or other facilities in the state of Virginia.

18. Fiesta does not have any bank accounts or other personal property in the state of

19. Virginia.

20. Fiesta has never marketed any goods or services in the state of Virginia, and does

21. not advertise any goods or services, directly or indirectly, in the state of Virginia.

22. Fiesta has not committed any torts in the state of Virginia that have resulted in

23. harm or injury to persons or entities in the state of Virginia.

24. Fiesta's only contacts with the United States include: (a) the submission, through

25. legal counsel located in the state of California in the United States, of a trademark

26. application to the U.S. Patent & Trademark Office for its EROTICMATCH mark;

27. and (b) authorizing its legal counsel located in the state of Florida to commence

28. an action against Match.com, L.L.C. in the U.S. District Court in the Southern

29. District of Florida.

WE HEREBY DECLARE under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 7th, 2012.

By: United International Trust N.V.
Managing Director

2