# EXHIBIT "1"

Payment by eCheck is currently unavailable. We apologize for any inconvenience this may cause.

NOTICE regarding YEAR-END FILINGS IN THE CLERK'S OFFICE: SCC offices will be closed on Dec. 24, 25, 26 & 31, 2012, as well as Jan. 1, 2013. To ensure the timely filing of a business entity document, review the Notice regarding Year-End Document Submissions, which can be found in the Bulletin Archive in the right-hand navigation pane at scc.virginia.gov/clk

Home | Site Map | About SCC | Contact SCC | Privacy Policy



SCC eFile > Entity Search > Entity Details

Login | Create an Account



**SCC eFile**
**Business Entity Details**

Help

**Match.com, L.L.C.**

**SCC eFile**
- SCC eFile Home Page
- Check Name Distinguishability
- Business Entity Search
- Certificate Verification
- FAQs
- Contact Us
- Give Us Feedback

**Business Entities**

**UCC or Tax Liens**

**Court Services**

**Additional Services**

**General**
- SCC ID: T0353823
- Entity Type: Foreign Limited Liability Company
- Jurisdiction of Formation: DE
- Date of Formation/Registration: 9/4/2007
- Status: Active

**Principal Office**
8300 DOUGLAS AVE STE 800
DALLAS TX75225

**Registered Agent/Registered Office**
NATIONAL REGISTERED AGENTS INC
4701 COX ROAD
SUITE 301
GLEN ALLEN VA 23060
HENRICO COUNTY    143
Status: Active
Effective Date: 3/30/2012

**Select an action**
- File a registered agent change
- File a registered office address change
- Resign as registered agent
- Pay annual registration fee
- Order a certificate of fact of registration in Virginia
- Submit a PDF for processing (What can I submit?)
- View eFile transaction history
- Manage email notifications

New Search   Home

Screen ID: e1000

Need additional information? Contact sccinfo@scc.virginia.gov Website questions? Contact: webmaster@scc.virginia.gov
We provide external links throughout our site.
PDF(.pdf) Reader  Excel (.xls) Viewer  PowerPoint (.ppt) Viewer  Word (.doc) Viewer
Build #: 1.0.0.12748