# EXHIBIT "2"

# United States of America

## United States Patent and Trademark Office

# EROTICMATCH

**Reg. No. 4,105,390**

**Registered Feb. 28, 2012**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIESTA CATERING INTERNATIONAL, INC. (ANGUILLA CORPORATION)
BABROW BUILDING
P.O. BOX 371
THE VALLEY, ANGUILLA

FOR: DATING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 3-28-2011; IN COMMERCE 3-28-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-372,365, FILED 7-15-2011.

KHANH LE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office