UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MATCH.COM, L.L.C. <br><br> Plaintiff, <br><br> v. <br><br> FIESTA CATERING INTERNATIONAL, INC., (Barbados); FIESTA CATERING INTERNATIONAL, INC., (Anguilla); CYTEK, LTD.; KAMPARRI TRADING LIMITED; DAVID N. RICKHAM (an individual); and JOHN DOES 1-4 (individuals not yet identified) <br><br> Defendants. | CASE NO.: 1:12-cv-363 AJT (IDD) |

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DE 36], MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [DE 37], AND MOTION TO STRIKE IN REM ALLEGATIONS AND DROP DOMAIN NAMES AS PARTIES [DE 38]

THIS MATTER came before the Court on the Defendants' Motion for an Extension of Time to Reply to Match.Com, L.L.C.'s ("Match") Opposition [D.E. 39] to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [D.E. 36], Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted [D.E. 37], and Motion to Strike In Rem Allegations and Drop Domain Names as Parties [D.E. 38], ("Motion for Extension of Time"). The Court, being fully apprised of the premises, hereby

**ORDERS AND ADJUDGES** that:

1. Defendants' Motion for Extension of Time is hereby **GRANTED**.

2. Defendants shall have to and including Thursday, January 17, 2013 within which to prepare and file a reply to Plaintiff's Opposition [D.E. 39] to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [D.E. 36], Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted [D.E. 37], and Motion to Strike In Rem Allegations and Drop Domain Names as Parties [D.E. 38].

**DONE AND ORDERED** in Chambers at Alexandria, Virginia this 10 day of January 2013.

/s/
Anthony J. Trenga
United States District Judge
UNITED STATES DISTRICT JUDGE

Copies to:
Parties of Record.