IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATCH.COM, L.L.C. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:12-cv-363 |
| ) | (AJT/IDD) |
| v. ) | |
| ) | |
| FIESTA CATERING INTERNATIONAL, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Docs. No. 35, 36], Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted [Doc. No. 37], and Defendants' Motion to Strike *In Rem* Allegations and to Drop the Domain Name Defendants as Parties [Doc. No. 38] (collectively "the Motions"). Upon consideration of the Motions, the memoranda and exhibits filed in support thereof and in opposition thereto, and the argument of counsel at a hearing held on January 25, 2013, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Docs. No. 35, 36] be, and the same hereby is, DENIED; and it is further

ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted [Doc. No. 37] be, and the same hereby is, DENIED: and it is further

ORDERED that Defendants' Motion to Strike *In Rem* Allegations and Drop the Domain Name Defendants as Parties [Doc. No. 38] be, and the same hereby is, DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 31, 2013