**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MATCH.COM, L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-363 AJT (IDD) |
| | ) | |
| FIESTA CATERING INTERNATIONAL, INC., (Barbados); FIESTA CATERING INTERNATIONAL, INC., (Anguilla); CYTEK, LTD.; KAMPARRI TRADING LIMITED; DAVID N. RICKHAM (an individual); and JOHN DOES 1-4 (individuals not yet identified) | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action, Plaintiff Match.com, L.L.C. and Defendants Fiesta Catering International, Inc., (Barbados), Fiesta Catering International, Ltd., (Anguilla), Cytek, Ltd., and Kamparri Trading Limited, by and through counsel, hereby stipulate that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: April 5, 2013

| /s/ Erik C. Kane | /s/ Thomas Francis Murphy |
|---|---|
| Edward T. Colbert (*Pro hac vice*) | Thomas Francis Murphy |
| William M. Merone (VSB 38861) | FRIEDLANDER MISLER PLLC |
| Erik C. Kane (VSB 68294) | 1101 17th Street, NW |
| KENYON & KENYON LLP | Suite 700 |
| 1500 K Street, N.W. | Washington, DC 20036 |
| Washington, DC 20005 | Email: tmurphy@dclawfirm.com |
| Tel.: (202) 220 – 4200 | |
| Fax: (202) 220 – 4201 | /s/ Susan J. Latham |
| ecolbert@kenyon.com | Jeffrey D. Feldman |
| wmerone@kenyon.com | Susan J. Latham |
| ekane@kenyon.com | FELDMAN GALE, P.A. |
| | One Biscayne Tower, 30th Floor |
| *Counsel for Plaintiff,* | 2 South Biscayne Boulevard |
| *Match.com, L.L.C.* | Miami, FL 33131 |
| | Email: jfeldman@FeldmanGale.com |
| | Email: slatham@FeldmanGale.com |
| | |
| | *Counsel for Defendants Fiesta Catering International, Inc., (Barbados), Fiesta Catering International, Ltd., (Anguilla), Cytek, Ltd., and Kamparri Trading Limited.* |

SO ORDERED this _____ day of April, 2013.

_____
The Honorable Anthony J. Trenga
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2013, I caused a true and exact copy of the foregoing to be filed electronically via the Court's CM/ECF system, which then will send notification of such filing to Counsel for Defendants as follows:

Thomas Francis Murphy
FRIEDLANDER MISLER PLLC
1101 17th Street, NW
Suite 700
Washington, DC 20036
Email: tmurphy@dclawfirm.com

Jeffrey D. Feldman
Susan J. Latham
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, FL 33131
Email: jfeldman@FeldmanGale.com
Email: slatham@FeldmanGale.com

                                                                         /s/ Erik C. Kane
                                                                         Erik C. Kane