UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MATCH.COM, L.L.C. <br><br> Plaintiff, <br><br> v. <br><br> FIESTA CATERING INTERNATIONAL, INC., (Barbados); FIESTA CATERING INTERNATIONAL, INC., (Anguilla); CYTEK, LTD.; KAMPARRI TRADING LIMITED; DAVID N. RICKHAM (an individual); and JOHN DOES 1-4 (individuals not yet identified) <br><br> Defendants. | Case No. 1:12-cv-363 AJT (IDD) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action, Plaintiff Match.com, L.L.C. and Defendants Fiesta Catering International, Inc., (Barbados), Fiesta Catering International, Ltd., (Anguilla), Cytek, Ltd., and Kamparri Trading Limited, by and through counsel, hereby stipulate that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

DATED: April 5, 2013

| /s/ Erik C. Kane<br>Edward T. Colbert (*Pro hac vice*)<br>William M. Merone (VSB 38861)<br>Erik C. Kane (VSB 68294)<br>KENYON & KENYON LLP<br>1500 K Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 220 – 4200<br>Fax: (202) 220 – 4201<br>ecolbert@kenyon.com<br>wmerone@kenyon.com<br>ekane@kenyon.com<br><br>*Counsel for Plaintiff,*<br>*Match.com, L.L.C.* | /s/ Thomas Francis Murphy<br>Thomas Francis Murphy<br>FRIEDLANDER MISLER PLLC<br>1101 17th Street, NW<br>Suite 700<br>Washington, DC 20036<br>Email: tmurphy@dclawfirm.com<br><br>/s/ Susan J. Latham<br>Jeffrey D. Feldman<br>Susan J. Latham<br>FELDMAN GALE, P.A.<br>One Biscayne Tower, 30th Floor<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Email: jfeldman@FeldmanGale.com<br>Email: slatham@FeldmanGale.com<br><br>*Counsel for Defendants Fiesta Catering*<br>*International, Inc., (Barbados), Fiesta*<br>*Catering International, Ltd., (Anguilla),*<br>*Cytek, Ltd., and Kamparri Trading*<br>*Limited.* |
|---|---|

SO ORDERED this 5 day of April, 2013.

/s/
_____
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
UNITED STATES DISTRICT JUDGE